NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1522

AVOYELLES PARISH SCHOOL BOARD

VERSUS

CORAL P. MAYEAUX, ET AL.

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 03-5404-B
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Billy Howard Ezell, Judges.

**AFFIRMED IN PART, REVERSED IN PART, AND RENDERED.**

J. Isaac Funderburk
Funderburk & Herpin
P. O. Drawer 1030
Abbeville, LA 70511-1030
(337) 893-8140
Counsel for Defendant/Appellant:
    Rufus Johnson

James T. Lee
Assistant District Attorney
P. O. Box 1021
Bunkie, LA 71322
(318) 346-6616
Counsel for Plaintiff/Appellee:
    Avoyelles Parish School Board